IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL K. SPEIRS,

    Plaintiff,

  v.

Case No. 16-cv-642-wmc

MARATHON COUNTY,
SANDRA DU JA-IVES,
AND DENNY WOODWARD ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/17/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |